UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
|
PATRICIA RIAK                                    |
|
                    Plaintiff,                   |
                                                 | 10 Civ. 00015 (KMW) (THK)
          -against-                              |
                                                 | ORDER
AMERICAN MEDICAL COLLECTION                       |
AGENCY                                            |
                                                 |
                    Defendant.                    |
                                                 |
----------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

The Rule 16(b) conference scheduled for February 3, 2010 is adjourned. The

conference shall now take place on February 10, 2010 at 11:00 A.M. Plaintiff's

counsel's request to appear by telephone is granted.

SO ORDERED.

Dated: New York, New York
       January 14, 2010

_____
       Kimba M. Wood
United States District Judge