```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICIA RIAK

                Plaintiff,

  -against-                                                                             10 Civ. 00015 (KMW) (THK)

AMERICAN MEDICAL COLLECTION                                      ORDER
AGENCY

                Defendant.

------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

The Court, having been advised that the above matter has been settled, it is

ORDERED, that this action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days if the settlement is not consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.

        SO ORDERED.

Dated: New York, New York
       April 27, 2010

                                                      Kimba M. Wood
                                              United States District Judge